MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3717
   Fax: (510) 637-3724
   E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

**SEALED BY ORDER OF THE COURT**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SYLVESTER MOORE,<br><br>    Defendant. | No. CR 11-00905 SBA<br><br>STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE ON AUGUST 10, 2012<br><br>(FILED UNDER SEAL) |

    The above-captioned matter was previously set on May 18, 2012 before District Court Judge Saundra B. Armstrong for a status conference. That date was vacated and the parties were instructed to set the matter before the Magistrate Court. The parties request that this Court set this matter for status conference on August 10, 2012 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between May 18, 2012 and August 10, 2012. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
CR 11-00905 SBA

1

RECEIVED MAY 23 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Such continuance is required because defense counsel leaves for an overseas business trip on May 23, 2012, has a state appellate argument on June 13, 2012, and has three trials scheduled through early July. Defendant's attorney also needs time to research legal and factual issues. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between May 18, 2012 and August 10, 2012 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 23, 2012				Respectfully submitted,

						MELINDA HAAG
						United States Attorney

						____/s/ Christina McCall_____
						CHRISTINA McCALL
						Assistant United States Attorney

						____/s/ Paul DeMeester_____
						PAUL DeMEESTER
						Attorney for Sylvester Moore

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until August 10, 2012 at 9:30 a.m. before the Magistrate Court, and time is excluded until August 10, 2012.

**IT IS SO ORDERED.**

DATED: 5/25/12

						SAUNDRA B. ARMSTRONG
						United States District Court Judge

STIPULATION AND EXCLUSION OF TIME
CR 11-00905 SBA