MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:   christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0905 SBA |
| Plaintiff, | REVISED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING TO FEBRUARY 19, 2015 |
| v. | |
| SYLVESTER MOORE, | Date: December 16, 2014<br>Time: 9:30 a.m.<br>Court: Hon. Kandis A. Westmore |
| Defendant. | |

The above-captioned matter is set on December 16, 2014 before this Court for a status hearing. The parties request that this Court vacate that date and set this matter for status hearing on February 19, 2015 at 9:30 a.m and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 19, 2015. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

//

STIP. REQ. TO CONTINUE STATUS HEARING
NO. CR-11-0905 SBA

1  This continuance will allow the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. Both counsel continue to pursue a global resolution of the alleged robberies committed during the conspiracy and research issues that are likely to arise in sentencing.

As such, the parties respectfully request that the time between the date of this stipulation and February 19, 2015 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv). Additionally the parties request that the Court excuse Moore's appearance at the next hearing, pursuant to Rule 43(b)(3), for a status conference.

DATED:  December 12, 2014                              Respectfully submitted,

| MELINDA HAAG<br>United States Attorney | |
|---|---|
|    */s/ Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney |    */s/ Jerry Fong*<br>JERRY FONG<br>Attorney for Sylvester Moore |

### ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until February 19, 2014 at 9:30 a.m., and time is excluded until February 19, 2015. Defendant Sylvester Moore's appearance at the February 19, 2015 hearing is EXCUSED.

IT SO ORDERED.

DATED: 12/12/14

_____
The Hon. Kandis A. Westmore
United States Magistrate Court Judge

STIP. REQ. TO CONTINUE STATUS HEARING
NO. CR-11-0905 SBA