JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET; SUITE 203
PALO ALTO, CA 94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant SYLVESTER MOORE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-00905 SBA |
| Plaintiff, ) | STIPULATION OF THE PARTIES TO REQUEST A CONTINUANCE OF THE STATUS CONFERENCE CURRENTLY SCHEDULED ON NOVEMBER 19, 2015 & [PROPOSED] ORDER RE SAME. AS MODIFIED |
| vs. ) | |
| SYLVESTER MOORE, ET. AL., ) | |
| Defendant. ) | |

Plaintiff United States of America and Defendant Sylvester Moore, through their respective counsel, hereby stipulate that they are jointly requesting that the Court continue the Status Conference as to Defendant Sylvester Moore, currently scheduled on November 19, 2015, at 9:30 a.m., to March 17, 2016, at 9:30 a.m., in the United States District Court, for the Northern District of California, Oakland Division. The parties have been engaged in an on-going process of plea negotiations to attempt to resolve this case. Recently, several unexpected developments have been brought to the parties' attention which would necessitate additional time for the parties to work on the resolution process, including the defense's need to produce additional discovery to the Government.

Accordingly, the parties jointly request that the Court make a finding, pursuant to 18 USC §3161 (h)(7)(B)(iv), to exclude the time from November 19, 2015, to (and including) March 17, 2016, in computing the time for the application of the Speedy Trial Act, in order

1  to maintain the continuity of counsel for the defense and to provide defense and government
2  counsel with reasonable time to adequate prepare Mr. Moore's defense, and that the Court
3  finds that the ends of justice served by the time exclusion outweigh the interest of the public
4  to a speedy trial.   It is so stipulated.

5  Accordingly, the parties jointly request that the Court continue the Status Conference
6  from November 19, 2015, to March 17, 2016, at 9:30 a.m.  It is so stipulated.

8  DATED:     November 16, 2015                          /S/
                                                JERRY Y. FONG, Attorney for
9                                               Defendant SYLVESTER MOORE

11 DATED:     November 16, 2015                          /S/
                                                BRIAN LEWIS, AUSA
12                                              for Plaintiff UNITED STATES OF
                                                AMERICA

14                              [PROPOSED] ORDER

15  Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
16 ordered that the Status Conference as to Defendant Sylvester Moore shall be continued from
17 November 19, 2015, to March 17, 2016, at 9:30 a.m.

18  Furthermore, the Court orders that, pursuant to 18 USC §3161 (h)(7)(B)(iv), the time
19 period between November 19, 2015 and March 17, 2016, shall be excluded for purpose of
20 computing time for the application of the Speed Trial Act, and the Court finds that the
21 continuance and excluded time are necessary to provide reasonable time for defense counsel
22 to adequately prepare the defense, and that the ends of justice served by the time exclusion
23 outweigh the interest of the public to a speedy trial.  It is so ordered.

25 DATED: 11/17/15                                  _Kandis Westmore_
                                                MAGISTRATE-JUDGE OF THE
26                                              UNITED STATES DISTRICT COURT