1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   PHILIP GUENTERT (CABN 147374)
3  Acting Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail:     christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,              ) No. CR-11-0905 SBA
                                          )
14         Plaintiff,                     ) STIPULATION AND [PROPOSED]
                                          ) ORDER TO CONTINUE STATUS
15     v.                                 ) HEARING TO SEPTEMBER, 15, 2016
                                          )
16                                        )
   SYLVESTER MOORE,                       ) Date:   August 25, 2016
17                                        ) Time:   9:30 a.m.
                                          ) Court:  Hon. Kandis A. Westmore
18         Defendant.                     )
                                          )
19

20         The above-captioned matter is set on August 25, 2016 before this Court for a status hearing. The

21 parties request that this Court vacate that date and set this matter for status hearing on September 15,

22 2016 at 9:30 a.m and that the Court exclude time under the Speedy Trial Act between the date of this

23 stipulation and September 15, 2016. The parties stipulate that the time is excludable from the time

24 limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance,

25 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26         This continuance will allow the reasonable time necessary for effective preparation of counsel,

27 taking into account the exercise of due diligence. Both counsel continue to pursue a global resolution of

28 the alleged robberies committed during the conspiracy and research issues that are likely to arise in

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-11-0905 SBA

sentencing, especially whether Mr. Moore qualifies as a career offender.  In particular, the law with respect to what constitutes a crime of violence for career offender purposes continues to evolve, and the parties need time to research the latest developments, including last week's Ninth Circuit unpublished decision in *United States v. Gerald Leslie Tate*, No. 15-10283 (9th Cir. August 9, 2016) which addresses whether a prior conviction for a violation of California Penal Code § 211 counts as a crime of violence under certain circumstances.  Another recent decision the parties need to analyze and apply is *United States v. Snead*, No. 12-cr-649, at * 14 (August 2, 2016) (NDCA district court holding that robbery under California Penal Code Section 211 is a crime of violence under the elements clause of USSG § 4B1.2(a)).  The parties respectfully request that the time between the date of this stipulation and September 15, 2016, be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  August 17, 2016                                    Respectfully submitted,

| CHRISTINA McCALL<br>United States Attorney | |
|---|---|
| ___/s/ Christina McCall___<br>CHRISTINA McCALL<br>Assistant U. S. Attorney | ___/s/ Jerry Fong___<br>JERRY FONG<br>Attorney for Sylvester Moore |

### ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until September 15, 2016, at 9:30 a.m., and time is excluded until September 15, 2016.

IT SO ORDERED.

DATED:  8/16/16

_Kandis Westmore_
The Hon. Kandis A. Westmore
United States Magistrate Court Judge

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-11-0905 SBA