1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile: (510) 637-3724
        E-Mail:    christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           ) No. CR-11-0905 SBA
                                        )
14          Plaintiff,                  ) STIPULATION AND [PROPOSED]
                                        ) ORDER TO CONTINUE STATUS
15     v.                               ) HEARING TO NOVEMBER 14, 2016
                                        )
16                                      )
    SYLVESTER MOORE,                    ) Date:   October 18, 2016
17                                      ) Time:   9:30 a.m.
                                        ) Court:  Hon. Kandis A. Westmore
18          Defendant.                  )
                                        )
19

20         The above-captioned matter is set on October 18, 2016 before this Court for a status hearing.

21  The parties request that this Court vacate that date and set this matter for status or change-of-plea

22  hearing on November 14, 2016 at 9:30 a.m and that the Court exclude time under the Speedy Trial Act

23  between the date of this stipulation and November 14, 2016.  The parties stipulate that the time is

24  excludable from the time limitations of the Speedy Trial Act because the interests of justice are served

25  by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26         This continuance will allow the reasonable time necessary for effective preparation of counsel,

27  taking into account the exercise of due diligence.  Both counsel continue to pursue a global resolution of

28  the alleged robberies committed during the conspiracy.  Counsel for the government has drafted a plea

STIP. REQ. TO CONTINUE SENTENCING HEARING
NO. CR-11-0905 SBA

1  agreement, and is awaiting approval from her management to make a formal offer.  Both counsel
2  continue to research issues that are likely to arise in sentencing, especially whether Mr. Moore qualifies
3  as a career offender.  In particular, the law with respect to what constitutes a crime of violence for career
4  offender purposes continues to evolve, and the parties need time to research the latest developments,
5  including *United States v. Walker*, No, 12-cr-0420 (October 5, 2016) (NDCA district court decision
6  holding that robbery under California Penal Code Section 211 does not qualify as a crime of violence
7  under § 4B1.2.  Another recent decision the parties need to analyze and apply is *United States v. Snead*,
8  No. 12-cr-649, at * 14 (August 2, 2016) (NDCA district court holding that robbery under California
9  Penal Code Section 211 is a crime of violence under the elements clause of USSG § 4B1.2(a)).

10       Additionally, counsel for Mr. Moore has begun a complex murder trial in Santa Clara County
11  that is expected to last at least eight weeks.  The trial in that case will be held Tuesday through Friday.
12  For continuity of counsel, given the trial schedule, and for effective preparation, the parties respectfully
13  request that the time between the date of this stipulation and November 14, 2016, be excluded under
14  U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  October 17, 2016                    Respectfully submitted,

| CHRISTINA McCALL<br>United States Attorney | |
|---|---|
|    */s/ Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney |    */s/ Jerry Fong*<br>JERRY FONG<br>Attorney for Sylvester Moore |

## ORDER

     Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, for continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.

//

//

1  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until November
2  14, 2016, at 9:30 a.m., and time is excluded until November 14, 2016.
3
     IT SO ORDERED.
4
5  DATED: 10/17/16
                                                */s/ Kandis Westmore*
6                                            The Hon. Kandis A. Westmore
                                          United States Magistrate Court Judge